### 37758.   NALLEY DISCOUNT COMPANY *et al. v.* QUEEN INSURANCE COMPANY OF AMERICA.

GARDNER, Presiding Judge.   The Supreme Court of Georgia having reversed the judgment of this court in *Queen Ins. Co. of America* v. *Nalley Discount Co.*, 215 *Ga.* 837 (114 S. E. 2d 21), the judgment of reversal rendered originally by this court is hereby vacated, and the judgment of the trial court is affirmed in conformance with the rulings and judgment of the Supreme Court.

*Judgment affirmed.   Townsend, Carlisle, and Frankum, JJ., concur.*

DECIDED APRIL 22; 1960.

*Robert J. Reed*, for plaintiffs in error.
*R. Wilson Smith, Jr.*, contra.